B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Two Detroit Street, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**16-1570426** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**28 Red Maple Court**<br>**Buffalo, NY 14228**    ZIP CODE **14228-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>  ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>  ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **2 Detroit Street, 17 Detroit Street and 23 Detroit Street, North Tonawanda, NY 14120-6843**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>----------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Two Detroit Street, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **Western District of New York** | Case Number:<br>**04-10993-MJK** | Date Filed:<br>**2/17/04** |
| Location<br>Where Filed:   **Western District of New York** | Case Number:<br>**04-10994-MJK** | Date Filed:<br>**2/17/04** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **Michael R. Charnock, Sr. and Nancy C. Charnock** | Case Number:<br>**06-01533-MJK** | Date Filed:<br>**6/08/06** |
| District: **Western District of New York** | Relationship: **Debtor's owners** | Judge:<br>**Hon. Michael J. Kaplan** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>     Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition
*(This page must be completed and filed in every case)* | Name of Debtor(s):
**Two Detroit Street, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Daniel F. Brown**
Signature of Attorney for Debtor(s)
**Daniel F. Brown**
Printed Name of Attorney for Debtor(s)
**Damon Morey LLP**
Firm Name
**The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202-2150**
Address

**(716) 856-5500 Fax:(716) 856-5510**
Telephone Number
**February 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael R. Charnock**
Signature of Authorized Individual
**Michael R. Charnock**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**February 11, 2011**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re  Two Detroit Street, Inc.                    ,    Case No. _____

# FORM 1. VOLUNTARY PETITION

## Other Names Attachment

All other names used by Debtor in the last 8 years:
1.    **DBA   The Shores Waterfront Restaurant;**
2.            **Successor by Merger to Tonawanda Island Marine Development Corp.;**
3.            **Successor by Merger to Placid Harbour Marina of North Tonawanda, Inc.**

# UNANIMOUS CONSENT

## OF

## BOARD OF DIRECTORS

## OF

## TWO DETROIT STREET, INC.

THE UNDERSIGNED, being the Directors of TWO DETROIT STREET, INC., a New York Corporation (the "Corporation"), who would be entitled to notice of meeting of the Board of Directors of the Corporation for the purpose of taking such action and adopting the resolutions set forth below, do hereby waive such notice, take the following action, and adopt the following resolutions by unanimous written consent to action pursuant to Section 708 of the Business Corporation Law of the State of New York.

NOW, THEREFORE, BE IT

RESOLVED, that the filing by this Corporation of a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S. Section 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of New York be, and it hereby is, authorized and approved;

RESOLVED FURTHER, each of the officers of the Corporation is authorized and empowered to execute on behalf of the Corporation a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy court for the Western District of New York, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

RESOLVED FURTHER, that the Corporation is authorized to retain Damon Morey LLP as its General Counsel, in connection with its Chapter 11 Filing, upon the terms and conditions set forth in Damon Morey's March 3, 2010 retainer letter;

RESOLVED FURTHER, that each of the officers of the Corporation is authorized to retain on behalf of this Corporation such other professionals as they deem necessary or appropriate, upon such terms and conditions as shall approve, to render services to this Corporation in Connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith;

RESOLVED FURTHER, that each officer of the Corporation be, and each of them is authorized and empowered to open Debtor-in-Possession bank accounts with Evans National Bank, once a Chapter 11 case has been commenced;

RESOLVED FURTHER, that each of the officers of the Corporation is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subjects to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all actions taken by each of the officers and directors of the Corporation or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

RESOLVED, that each officer of the Corporation be, and each of them hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Corporation or otherwise, as he/she may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions.

RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have executed this Consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this 14th day of December, 2010.

_____
Michael Charnock, Director

_____
Nancy Charnock, Director

#1512152

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

      TWO DETROIT STREET, INC., d/b/a
      THE SHORES WATERFRONT RESTAURANT,      Case No. 11-
      SUCCESSOR BY MERGER TO
      TONAWANDA ISLAND MARINE
      DEVELOPMENT CORP., SUCCESSOR
      BY MERGER TO PLACID HARBOUR MARINA
      OF NORTH TONAWANDA, INC.,

                       Debtor.
_____


**TAX RETURNS AND FINANCIAL INFORMATION TO BE FILED**

**(PROPOSED TO BE FILED UNDER SEAL)**

# United States Bankruptcy Court
## Western District of New York

In re    **Two Detroit Street, Inc.**            Case No. _____

                                    Debtor(s)            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NYS Department of Taxation & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205** | **NYS Department of Taxation & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205** | **Withholding and sales tax** | **Contingent Unliquidated Disputed** | **56,006.04** |
| **American Express**<br>**Suite 0002**<br>**Chicago, IL 60679-0002** | **American Express**<br>**Suite 0002**<br>**Chicago, IL 60679-0002** | **Revolving credit** | **Disputed** | **22,199.37** |
| **Paychex**<br>**33 Dodge Road, #110**<br>**Getzville, NY 14068** | **Paychex**<br>**33 Dodge Road, #110**<br>**Getzville, NY 14068** | **Services** | | **18,000.00** |
| **David J. Spara**<br>**2001 Niagara Falls Boulevard**<br>**Suite 4**<br>**Amherst, NY 14228** | **David J. Spara**<br>**2001 Niagara Falls Boulevard**<br>**Suite 4**<br>**Amherst, NY 14228** | **Accounting services** | | **16,555.00** |
| **Chase Manhattan Bank, USA, N.A.**<br>**c/o Chase BankCard Services Inc.**<br>**P.O. Box 52176**<br>**Phoenix, AZ 85072-2176** | **Chase Manhattan Bank, USA, N.A.**<br>**c/o Chase BankCard Services Inc.**<br>**P.O. Box 52176**<br>**Phoenix, AZ 85072-2176** | **Revolving credit** | | **11,981.49** |
| **Textron Financial Corporation**<br>**112 West Third Street**<br>**2nd Floor**<br>**Little Rock, AR 72201** | **Textron Financial Corporation**<br>**112 West Third Street**<br>**2nd Floor**<br>**Little Rock, AR 72201** | **Revolving credit** | | **10,707.38** |
| **First Niagara Bank**<br>**P.O. Box 28**<br>**Buffalo, NY 14240-0028** | **First Niagara Bank**<br>**P.O. Box 28**<br>**Buffalo, NY 14240-0028** | **Revolving credit** | | **10,607.34** |
| **The Bonadio Group**<br>**Fiddler and Company**<br>**171 Sully's Trail, Suite 210**<br>**Pittsford, NY 14534** | **The Bonadio Group**<br>**Fiddler and Company**<br>**171 Sully's Trail, Suite 210**<br>**Pittsford, NY 14534** | **Accountants fees** | | **6,649.00** |
| **NYS Department of Labor**<br>**Harriman State Office Campus**<br>**Building 12**<br>**Albany, NY 12240** | **NYS Department of Labor**<br>**Harriman State Office Campus**<br>**Building 12**<br>**Albany, NY 12240** | **Unemployment insurance** | **Contingent Unliquidated Disputed** | **6,270.05** |

In re   **Two Detroit Street, Inc.**                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **JP Morgan Chase<br>Commercial Card Services<br>P.O. Box 78970<br>Phoenix, AZ 85062-8970** | **JP Morgan Chase<br>Commercial Card Services<br>P.O. Box 78970<br>Phoenix, AZ 85062-8970** | **Revolving credit** | | **5,308.86** |
| **ASCAP<br>2675 Paces Ferry Road SE<br>Suite 350<br>Atlanta, GA 30339** | **ASCAP<br>2675 Paces Ferry Road SE<br>Suite 350<br>Atlanta, GA 30339** | **Trade debt** | | **5,200.00** |
| **First USA Bank, NA<br>P.O. Box 15153<br>Wilmington, DE 19886-5153** | **First USA Bank, NA<br>P.O. Box 15153<br>Wilmington, DE 19886-5153** | **Revolving credit** | **Disputed** | **5,089.46** |
| **GMAC<br>P.O. Box 7041<br>Troy, MI 48007-7041** | **GMAC<br>P.O. Box 7041<br>Troy, MI 48007-7041** | **Cancelled lease** | | **3,970.33** |
| **Niagara Mohawk<br>300 Erie Boulevard West<br>Syracuse, NY 13252** | **Niagara Mohawk<br>300 Erie Boulevard West<br>Syracuse, NY 13252** | **Utility payments** | | **3,622.37** |
| **Mill Creek Bank<br>Dept. 0008<br>Palatine, IL 60055-0008** | **Mill Creek Bank<br>Dept. 0008<br>Palatine, IL 60055-0008** | **Revolving credit** | | **3,585.84** |
| **Nicole Bottaro<br>108 North Union Road<br>Williamsville, NY 14221** | **Nicole Bottaro<br>108 North Union Road<br>Williamsville, NY 14221** | **Damage claim** | | **2,500.00** |
| **Noco Energy<br>2440 Sheridan Drive<br>Tonawanda, NY 14150** | **Noco Energy<br>2440 Sheridan Drive<br>Tonawanda, NY 14150** | **Loan** | **Disputed** | **1,800.00** |
| **Capital One<br>P.O. Box 85184<br>Richmond, VA 23285-5184** | **Capital One<br>P.O. Box 85184<br>Richmond, VA 23285-5184** | **Revolving credit** | | **1,364.00** |
| **Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901-6029** | **Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901-6029** | **Revolving credit** | | **1,231.29** |
| **Chem-Mark of Buffalo, Inc.<br>5661 Main Street<br>Williamsville, NY 14221** | **Chem-Mark of Buffalo, Inc.<br>5661 Main Street<br>Williamsville, NY 14221** | **Services** | | **1,223.05** |

In re   **Two Detroit Street, Inc.**                               Case No. _____

                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 11, 2011**           Signature   **/s/ Michael R. Charnock**
                                          **Michael R. Charnock**
                                          **President**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Western District of New York

In re   **Two Detroit Street, Inc.**                          ,        Case No. _____

                                     Debtor

                                     Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,050,000.00 | | |
| B - Personal Property | Yes | 4 | 128,943.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 833,452.65 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 62,277.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 417,942.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 1,178,943.53 | | |
| Total Liabilities | | | | 1,313,672.12 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Two Detroit Street, Inc.**                                ,      Case No. _____

                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** | **Fee owner** | - | 1,050,000.00 | 833,452.65 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,050,000.00** | (Total of this page) |
| Total > | **1,050,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re   **Two Detroit Street, Inc.**                      ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 11,970.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Evans National Bank, 3388 Sheridan Drive, Amherst, NY 14226, account ending in 5000** | - | 4,355.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with National Grid** | - | 1,500.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **17,825.00**

(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Two Detroit Street, Inc.**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable (winter storage)** | - | 13,511.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **13,511.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

Case 1-11-10396-MJK    Doc 1    Filed 02/11/11    Entered 02/11/11 15:41:33    Desc Main Document    Page 14 of 87

In re   **Two Detroit Street, Inc.**                                 ,     Case No.               

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Lottery license** **(Unliquidated)** | - | 1.00 |
| | | **Liquor license** **(Unliquidated)** | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **17' Aluminum Boat with 25 HP Mercury Outboard** | - | 800.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous equipment, furnishings and supplies at restaurant location** | - | 1,000.00 |
| | | **Miscellaneous equipment, furnishings and supplies at marina** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous machinery, equipment and supplies at restaurant location** | - | 75,000.00 |
| 30. Inventory. | | **Inventory at restaurant and marina locations** | - | 1,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >       78,802.00<br>(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Two Detroit Street, Inc.** _____,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Cash in escrow account at Damon Morey LLP (Not its retainer)** | - | 18,805.53 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 18,805.53 |
| Total > | 128,943.53 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Two Detroit Street, Inc.**                                                    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **City of North Tonawanda Community Development Office Attn: James Sullivan 216 Payne Avenue North Tonawanda, NY 14120** | X | - | **Second mortgage on real property** <br><br> **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** | | | | | |
| | | | Value $         **1,050,000.00** | | | | **150,000.00** | **0.00** |
| Account No. <br><br> **City of North Tonawanda Treasurer's Office 216 Payne Avenue North Tonawanda, NY 14120** | X | - | **2010** <br><br> **City taxes** <br><br> **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** | | | | | |
| | | | Value $         **1,050,000.00** | | | | **40,000.00** | **0.00** |
| Account No. <br><br> **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | | - | **Withholding and FICA 092009, 122009, 092010 and FUTA 122009, 122010** <br><br> **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** | X | X | X | | |
| | | | Value $         **1,050,000.00** | | | | **70,120.66** | **0.00** |
| Account No. **xx-xxxx612-2** <br><br> **M&T Bank One Fountain Plaza Buffalo, NY 14203** | X | - | **1999 Non-Purchase Money Security Agreement Business equipment and 8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** | | | | | |
| | | | Value $         **1,050,000.00** | | | | **57,124.70** | **0.00** |
| __1__   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **317,245.36** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                              Best Case Bankruptcy

In re **Two Detroit Street, Inc.** ,                    Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx8798** <br><br> **M&T Bank** <br> **One Fountain Plaza** <br> **Buffalo, NY 14203** | X | - | 1996 <br><br> **First mortgage on real property** <br><br> **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** <br><br> Value $     **1,050,000.00** | | | | **471,605.95** | **0.00** |
| Account No. **xxx.x8-1-15** <br><br> **Niagara County Treasurer** <br> **Philo J. Brooks Building** <br> **59 Park Avenue** <br> **Lockport, NY 14094-2740** | X | - | 2010 <br><br> **2010 County taxes** <br><br> **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** <br><br> Value $     **1,050,000.00** | | | | **2,603.57** | **0.00** |
| Account No. **xxxxxx1873** <br><br> **US Small Business Administration** <br> **Birmingham Disaster Loan Servicing Ctr** <br> **801 Tom Martin Drive, Suite 120** <br> **Birmingham, AL 35211** | X | - | 2002 <br><br> **Third mortgage on real property** <br><br> **8 acres on southern tip of Tonawanda Island - commonly known as 2, 17, 23 Detroit Street, North Tonawanda, New York 14120** <br><br> Value $     **1,050,000.00** | | | | **41,997.77** | **0.00** |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal <br> (Total of this page) | **516,207.29**     **0.00** |
| | Total <br> (Report on Summary of Schedules) | **833,452.65**     **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

.

In re __Two Detroit Street, Inc._____, Case No. _____

                                                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1  continuation sheets attached

In re **Two Detroit Street, Inc.**          ,      Case No. _____

                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | **Withholding and FICA** | X | X | | <br><br>1.00 | 0.00 <br><br> 1.00 |
| Account No. **xx-xx5301** <br><br>**NYS Department of Labor Harriman State Office Campus Building 12 Albany, NY 12240** | - | | **Unemployment insurance** | X | X | X | <br><br>6,270.05 | 0.00 <br><br> 6,270.05 |
| Account No. <br><br>**NYS Department of Taxation & Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205** | - | | **Withholding and sales tax** | X | X | X | <br><br>56,006.04 | 0.00 <br><br> 56,006.04 |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 62,277.09    62,277.09 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 62,277.09    62,277.09 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re    **Two Detroit Street, Inc.**                                  ,        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxx-x1008**<br><br>**American Express**<br>**Suite 0002**<br>**Chicago, IL 60679-0002** | - | | **Revolving credit** | | | X | **22,199.37** |
| Account No. **xxxxxxx7193**<br><br>**ASCAP**<br>**2675 Paces Ferry Road SE**<br>**Suite 350**<br>**Atlanta, GA 30339** | | | **2000**<br>**Trade debt** | | | | **5,200.00** |
| Account No. **xxxx-xxxx-xxxx-3861**<br><br>**Aspire Visa**<br>**Payment Processing**<br>**P.O. Box 23007**<br>**Columbus, GA 31902-3007** | - | | **2003**<br>**Revolving credit** | | | X | **855.79** |
| Account No.<br><br>**Associated Credit Services**<br>**105B South Street**<br>**PO Box 9100**<br>**Hopkinton, MA 01748-9100** | - | | **2010**<br>**Collection agency for Niagara Mohawk - Notice Only** | X | X | X | **0.00** |

    __7__  continuation sheets attached

| | Subtotal (Total of this page) | **28,255.16** |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                   S/N:33062-110120   Best Case Bankruptcy

In re **Two Detroit Street, Inc.** _____ , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> Becket & Lee LLP <br> P.O. Box 3001 <br> Malvern, PA 19355-0701 | - | | | | 1999 <br> Attorneys for American Express - Notice Only | X | X | X | 0.00 |
| Account No. **N/A** <br><br> Bronson & Migliaccio, LLP <br> 475 Market Street, First Floor <br> Elmwood Park, NJ 07407 | - | | | | 2003 <br> Collection agency for Aspire - Notice Only | X | X | X | 0.00 |
| Account No. <br><br> Buffalo Alarm <br> 1325 Millersport Highway <br> Buffalo, NY 14221 | - | | | | 2010 <br> Services | X | X | X | 800.00 |
| Account No. xxxx-xxxx-xxxx-9403 <br><br> Capital One <br> P.O. Box 85184 <br> Richmond, VA 23285-5184 | - | | | | 1998 <br> Revolving credit | | | | 1,364.00 |
| Account No. xxxx-xxxx-xxxx-5811 <br><br> Chase Manhattan Bank, USA, N.A. <br> c/o Chase BankCard Services Inc. <br> P.O. Box 52176 <br> Phoenix, AZ 85072-2176 | - | | | | 1998 <br> Revolving credit | | | | 11,981.49 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,145.49

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Two Detroit Street, Inc.**                             ,       Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **SHORES**<br><br>**Chem-Mark of Buffalo, Inc.**<br>**5661 Main Street**<br>**Williamsville, NY 14221** | - | | | | **2002**<br>**Services** | | | | 1,223.05 |
| Account No. **N/A**<br><br>**David J. Spara**<br>**2001 Niagara Falls Boulevard**<br>**Suite 4**<br>**Amherst, NY 14228** | - | | | | **2003**<br>**Accounting services** | | | | 16,555.00 |
| Account No.<br><br>**Fast Source Advantage LLC**<br>**205 Bryant Wood South**<br>**Amherst, NY 14228** | - | | | | **Collection agency for American Express - Notice Only** | X | X | X | 0.00 |
| Account No.<br><br>**First Niagara Bank**<br>**P.O. Box 28**<br>**Buffalo, NY 14240-0028** | - | | | | **Revolving credit** | | | | 10,607.34 |
| Account No. **xxxx-xxxx-xxxx-7617**<br><br>**First USA Bank, NA**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | | | **1996**<br>**Revolving credit** | | | X | 5,089.46 |

Sheet no. __**2**___ of __**7**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal        | 33,474.85
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Two Detroit Street, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3004**<br><br>**GMAC**<br>**P.O. Box 7041**<br>**Troy, MI 48007-7041** | - | | **Cancelled lease** | | | | 3,970.33 |
| Account No. **xxxxxxxxxx3407**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | - | | **2000**<br>**Revolving credit** | | | | 1,231.29 |
| Account No. **N/A**<br><br>**John H. Ring, III, Esq.**<br>**385 Cleveland Drive**<br>**Cheektowaga, NY 14215** | - | | **2003**<br>**Attorney for Mr. Neubeck - Notice Only** | X | X | X | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0589**<br><br>**JP Morgan Chase**<br>**Commercial Card Services**<br>**P.O. Box 78970**<br>**Phoenix, AZ 85062-8970** | - | | **2000**<br>**Revolving credit** | | | | 5,308.86 |
| Account No.<br><br>**Law Office of Jason J. Evans, P.C.**<br>**5355 Main Street**<br>**Williamsville, NY 14221** | - | | **2010**<br>**Attorneys for Nicole Bottaro - Notice Only** | X | X | X | 0.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 10,510.48

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Two Detroit Street, Inc.__ _____ ,   Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Law Offices of Frank R. Nicosia** <br> **17 Beresford Court** <br> **Williamsville, NY 14221** | - | | | | **2010** <br> **Attorneys for Nicole Bottaro - Notice Only** | X | X | X | 0.00 |
| Account No. <br><br> **M&C Equipment Leasing Co.** <br> **85 River Rock Drive** <br> **Suite 104** <br> **Buffalo, NY 14207-2170** | - | | | | **Lease** | | X | | 0.00 |
| Account No. **xxC748** <br><br> **McCarthy, Burgess & Wolff** <br> **The MB&W Building** <br> **26000 Cannon Road** <br> **Cleveland, OH 44146** | - | | | | **2010** <br> **Collection agency for Paychex - Notice Only** | X | X | X | 0.00 |
| Account No. **xxxxxx0163** <br><br> **Mercantile Adjustment Bureau LLC** <br> **P.O. Box 9016** <br> **Williamsville, NY 14231-9016** | - | | | | **2010** <br> **Collection agency for Niagara Mohawk - Notice Only** | X | X | X | 0.00 |
| Account No. <br><br> **Michael R. Charnock, Jr.** <br> **28 Red Maple Court** <br> **Amherst, NY 14228** | - | | | | **Loans to company** | | | | 30,474.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          30,474.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Two Detroit Street, Inc.** ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Michael R. Charnock, Sr. <br>Nancy C. Charnock <br>28 Red Maple Court <br>Amherst, NY 14228 | - | | Officer loans | | | | 253,354.71 |
| Account No. xxxxxxxxxxx1049 <br><br>Mill Creek Bank <br>Dept. 0008 <br>Palatine, IL 60055-0008 | - | | 1999 <br>Revolving credit | | | | 3,585.84 |
| Account No. xxxxx3365 <br><br>NCO <br>Post Office Box 15740 <br>Wilmington, DE 19850 | | | Collection agency for Niagara Mohawk - Notice Only | X | X | X | 0.00 |
| Account No. xxxxx-x0109 <br><br>Niagara Mohawk <br>300 Erie Boulevard West <br>Syracuse, NY 13252 | - | | 2003-2010 <br>Utility payments | | | | 3,622.37 |
| Account No. <br><br>Nicole Bottaro <br>108 North Union Road <br>Williamsville, NY 14221 | - | | 2010 <br>Damage claim | | | | 2,500.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **263,062.92**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Two Detroit Street, Inc.__ _____,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lease | | | | |
| Nissan Motor Acceptance Corp. Post Office Box 17123 Baltimore, MD 21297-1123 | X | - | | X | X | X | 0.00 |
| Account No. | | | Loan | | | | |
| Noco Energy 2440 Sheridan Drive Tonawanda, NY 14150 | | - | | | | X | 1,800.00 |
| Account No. | | | 1998 Notice Only | | | | |
| NYS Dept. of Environmental Conservation Region 9 270 Michigan Avenue Buffalo, NY 14203 | | - | | X | X | X | 0.00 |
| Account No. | | | 2010 Services | | | | |
| Paychex 33 Dodge Road, #110 Getzville, NY 14068 | | - | | | | | 18,000.00 |
| Account No. xxxxxxx06-WG | | | 2010 Collection agency for Waste Management - Notice Only | | | | |
| RMS 4836 Brecksville Road P.O. Box 523 Richfield, OH 44286 | | - | | X | X | X | 0.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
        (Total of this page)    **19,800.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Two Detroit Street, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxx6000**<br><br>**Textron Financial Corporation**<br>**112 West Third Street**<br>**2nd Floor**<br>**Little Rock, AR 72201** | - | | | | **2001**<br>**Revolving credit** | | | | 10,707.38 |
| Account No.<br><br>**The Bonadio Group**<br>**Fiddler and Company**<br>**171 Sully's Trail, Suite 210**<br>**Pittsford, NY 14534** | - | | | | **2003**<br>**Accountants fees** | | | | 6,649.00 |
| Account No. **xx9003**<br><br>**Transworld Systems**<br>**c/o Cynergy Data**<br>**4000 E. Fifth Avenue**<br>**Columbus, OH 43219** | - | | | | **2010**<br>**Services** | X | X | X | 1.00 |
| Account No.<br><br>**Waste Management**<br>**6255 Sheridan Drive, #412**<br>**Williamsville, NY 14221** | - | | | | **2010**<br>**Services** | | | | 862.10 |
| Account No. | | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 18,219.48 |
| Total<br>(Report on Summary of Schedules) | 417,942.38 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   **Two Detroit Street, Inc.**                                        ,        Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Nissan Motor Acceptance Corp.**<br>**Post Office Box 17123**<br>**Baltimore, MD 21297-1123** | **Automobile lease, $359 per month through May, 2011** |

0

.

In re  **Two Detroit Street, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **City of North Tonawanda**<br>**Treasurer's Office**<br>**216 Payne Avenue**<br>**North Tonawanda, NY 14120** |
| **Michael R. Charnock, Jr.**<br>**28 Red Maple Court**<br>**Buffalo, NY 14228** | **Nissan Motor Acceptance Corp.**<br>**Post Office Box 17123**<br>**Baltimore, MD 21297-1123** |
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **City of North Tonawanda**<br>**Community Development Office**<br>**Attn:  James Sullivan**<br>**216 Payne Avenue**<br>**North Tonawanda, NY 14120** |
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** |
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** |
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **Niagara County Treasurer**<br>**Philo J. Brooks Building**<br>**59 Park Avenue**<br>**Lockport, NY 14094-2740** |
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **US Small Business Administration**<br>**Birmingham Disaster Loan Servicing Ctr**<br>**801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL 35211** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **City of North Tonawanda**<br>**Community Development Office**<br>**Attn:  James Sullivan**<br>**216 Payne Avenue**<br>**North Tonawanda, NY 14120** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>    **Personal guaranty** | **City of North Tonawanda**<br>**Treasurer's Office**<br>**216 Payne Avenue**<br>**North Tonawanda, NY 14120** |

1

continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Two Detroit Street, Inc.**                                     ,        Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>   **Personal guaranty** | **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>   **Personal guaranty** | **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>   **Personal guaranty** | **Niagara County Treasurer**<br>**Philo J. Brooks Building**<br>**59 Park Avenue**<br>**Lockport, NY 14094-2740** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228**<br>   **Personal guaranty** | **US Small Business Administration**<br>**Birmingham Disaster Loan Servicing Ctr**<br>**801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL 35211** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Two Detroit Street, Inc.**
                                 Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**22**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 11, 2011**                Signature    **/s/ Michael R. Charnock**

                                                        **Michael R. Charnock**
                                                        **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re **Two Detroit Street, Inc.**           Case No. _____

                        Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT              SOURCE
                                **See attached list at Attachment 1**

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT              SOURCE

---

### 3. Payments to creditors

 None

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list at Attachment 3(b)** | | **$0.00** | **$0.00** |

None

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list at Attachment 3(c)** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Manufacturers and Traders Trust Company vs. Two Detroit Street, Inc., Index No. 2011600254** | **Civil** | **New York State Supreme Court, Erie County** | **Pending** |
| **Nicole Bottaro vs. Placid Harbour Marina, Index No. 16443/10** | **Civil** | **New York State Supreme Court, Erie County** | **Pending** |

 None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**


None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|


None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Damon Morey LLP** | **3/15/10** | **$9,500.00** |
| **The Avant Building** | **3/19/10** | **$2,000.00** |
| **200 Delaware Avenue, Suite 1200** | **9/13/10** | **$2,000.00** |
| **Buffalo, NY 14202** | **10/15/10** | **$8,000.00** |
| | **10/18/10** | **$4,000.00** |
| | **10/20/10** | **$4,000.00** |
| | **10/27/10** | **$2,000.00** |
| | **11/17/10** | **$1,500.00** |
| | **11/19/10** | **$1,500.00** |
| | **11/30/10** | **$2,000.00** |
| | **12/3/10** | **$2,000.00** |
| | **12/15/10** | **$3,000.00** |
| | **1/20/11** | **$1,653.30** |
| | **2/9/11** | **$1,120.00** |
| | | |
| **NextPoint LLC** | **5/25/10** | **$500.00** |
| **374 Delaware Avenue** | **5/27/10** | **$500.00** |
| **Suite 250** | **6/1/10** | **$500.00** |
| **Buffalo, NY 14202** | **6/21/10** | **$1,000.00** |
| | **7/30/10** | **$500.00** |
| | **8/3/10** | **$500.00** |
| | **8/6/10** | **$500.00** |
| | **8/10/10** | **$500.00** |
| | **9/17/10** | **$500.00** |
| | **9/28/10** | **$500.00** |
| | **10/5/10** | **$500.00** |
| | **10/8/10** | **$500.00** |
| | **10/12/10** | **$500.00** |
| | **10/15/10** | **$500.00** |
| | **10/27/10** | **$311.00** |
| | **10/27/10** | **$311.00** |
| | **12/3/10** | **$500.00** |
| | **12/8/10** | **$1,000.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Michael R. Charnock, Jr.** | **5/14/10 and 6/2/10** | **$25,000.00 transferred on 5/14/10 and $8,500.00 transferred on 6/2/10 for a total of $33,500.00. In May and June, 2010, the Debtor was concerned that the IRS might levy its accounts so it transferred $33,500.00 to the Debtor's owners' son to be held in escrow. Funds were repaid to the Debtor as needed. Prior to the commencement of the case, a total of $33,100.00 had been returned to the Debtor.** |
| **28 Red Maple Court** | | |
| **Buffalo, NY 14228** | | |
|     **Son of Debtor's owners** | | |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Damon Morey LLP**<br>**The Avant Building, Suite 1200**<br>**200 Delaware Avenue**<br>**Buffalo, NY 14202** | **12/15/10** | **$18,800.00 transferred to Damon Morey LLP to be held in a separate escrow account (not its retainer).** |

None

 b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Evans National Bank**<br>**3388 Sheridan Drive**<br>**Amherst, NY 14226** | **Placid Harbour Marina checking account ending in 8000** | **Closed on 12/1/10** |
| **Evans National Bank**<br>**3388 Sheridan Drive**<br>**Amherst, NY 14226** | **Townawanda Island Marine Development Corporation checking account ending in 8000** | **Closed on 10/1/10** |

---

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various** | **Debtor stores boats for customers for the winter** | **2 and 17 Detroit Street, North Tonawanda, NY 14120-6843** |

**15. Prior address of debtor**


None

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                            DATES OF OCCUPANCY

**16. Spouses and Former Spouses**


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Two Detroit Street, Inc.**<br>**17 Detroit Street**<br>**North Tonawanda, NY 14120-6843** | **NYS Dept. of Environmental Conservation Region 9 270 Michigan Avenue Buffalo, NY 14203-0000** | **1998** | **Heating oil cleanup. Case was closed after clean up in 1998.** |

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None


a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **NextPoint LLC**<br>**374 Delaware Avenue**<br>**Suite 250**<br>**Buffalo, NY 14202** | **March, 2010 to present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| **NextPoint LLC** | **374 Delaware Avenue**<br>**Suite 250**<br>**Buffalo, NY 14202** | **March, 2010 to present** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **NextPoint LLC** | **374 Delaware Avenue**<br>**Suite 250**<br>**Buffalo, NY 14202** |

| NAME | ADDRESS |
|---|---|
| **Michael R. Charnock, Sr.** | **28 Red Maple Court**<br>**Buffalo, NY 14228** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **M&T Bank**<br>**One Fountain Plaza**<br>**Buffalo, NY 14203** | **September, 2010** |

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **December 1, 2010** | **Michael R. Charnock, Sr.** | **$1,000.00** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **December 1, 2010** | **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Buffalo, NY 14228** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228** | **President** | **50% owner** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228** | **Vice President** | **50% owner** |

---

### 22 . Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**


None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See attached list at Attachment 23** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**


None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **February 11, 2011**          Signature **/s/ Michael R. Charnock**
                                               **Michael R. Charnock**
                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re: Two Detroit Street, Inc.
Case No. 11-

Statement of Financial Affairs Question #1

## 1.       Income from employment or operation of business

During 2010, Placid Harbour Marina of North Tonawanda, Inc. and Tonawanda Island Marine Development Corp. were merged into Two Detroit Street, Inc.  The 2010 gross revenue of the Debtor listed below is a combination of the revenue of all three entities prior to the date of the merger, April 13, 2010, and thereafter.  For years prior to 2010, their gross revenues are stated separately.

| | |
|---|---|
| 2010 Combined | $1,058,363.26 |
| | |
| 2009 Two Detroit Street, Inc. | $332,605.00 |
| 2009 Placid Harbour Marina of North Tonawanda, Inc. | $375,591.00 |
| 2009 Tonawanda Island Marine Development Corp. | $0.00 |
| | |
| 2008 Two Detroit Street, Inc. | $379,400.00 |
| 2008 Placid Harbour Marina of North Tonawanda, Inc. | $262,340.00 |
| 2008 Tonawanda Island Marine Development Corp. | $0.00 |

#1530924

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **9093** | **11/13/2010** | **AARP Life** | | **Evans Bank - The Shores** | | **-55.92** |
| | | | | | Insurance Expense | -55.92 | 55.92 |
| TOTAL | | | | | | -55.92 | 55.92 |
| **Check** | **9089** | **11/23/2010** | **AARP Life** | | **Evans Bank - The Shores** | | **-74.58** |
| | | | | | Insurance Expense | -74.58 | 74.58 |
| TOTAL | | | | | | -74.58 | 74.58 |
| **Check** | **8640** | **12/08/2010** | **AARP Life** | | **Evans Bank - The Shores** | | **-74.58** |
| | | | | | Insurance Expense | -74.58 | 74.58 |
| TOTAL | | | | | | -74.58 | 74.58 |
| **Check** | | **11/18/2010** | **ACR** | | **Evans Bank - The Shores** | | **-11.50** |
| | | | | | Payroll Expense | -11.50 | 11.50 |
| TOTAL | | | | | | -11.50 | 11.50 |
| **Check** | | **11/18/2010** | **ACR** | | **Evans Bank - The Shores** | | **-10.00** |
| | | | | | Repairs and Maintenance Expense | -10.00 | 10.00 |
| TOTAL | | | | | | -10.00 | 10.00 |
| **Check** | | **01/26/2011** | **ADP** | | **Evans Bank - The Shores** | | **-25.00** |
| | | | | | Payroll Processing Fees | -25.00 | 25.00 |
| TOTAL | | | | | | -25.00 | 25.00 |
| **Check** | | **01/26/2011** | **ADP** | | **Evans Bank - The Shores** | | **-50.00** |
| | | | | | Payroll Processing Fees | -50.00 | 50.00 |
| TOTAL | | | | | | -50.00 | 50.00 |
| **Check** | | **11/19/2010** | **Advanta** | | **Evans Bank - The Shores** | | **-238.00** |
| | | | | | Advanta CC | -238.00 | 238.00 |
| TOTAL | | | | | | -238.00 | 238.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **11/19/2010** | **Advanta** | | **Evans Bank - The Shores** | | **-98.00** |
| | | | | | Advanta CC | -98.00 | 98.00 |
| TOTAL | | | | | | -98.00 | 98.00 |
| **Check** | | **11/19/2010** | **Advanta** | | **Evans Bank - The Shores** | | **-98.00** |
| | | | | | Advanta CC | -98.00 | 98.00 |
| TOTAL | | | | | | -98.00 | 98.00 |
| **Check** | | **12/10/2010** | **Advanta** | | **Evans Bank - The Shores** | | **-189.00** |
| | | | | | Advanta CC | -189.00 | 189.00 |
| TOTAL | | | | | | -189.00 | 189.00 |
| **Check** | | **12/10/2010** | **Advanta** | | **Evans Bank - The Shores** | | **-94.00** |
| | | | | | Advanta CC | -94.00 | 94.00 |
| TOTAL | | | | | | -94.00 | 94.00 |
| **Check** | | **12/10/2010** | **Advanta** | | **Evans Bank - The Shores** | | **-94.00** |
| | | | | | Advanta CC | -94.00 | 94.00 |
| TOTAL | | | | | | -94.00 | 94.00 |
| **Check** | | **01/20/2011** | **Allstate** | | **Evans Bank - The Shores** | | **-51.82** |
| | | | | | Insurance Expense | -51.82 | 51.82 |
| TOTAL | | | | | | -51.82 | 51.82 |
| **Check** | | **11/29/2010** | **Amex Discnt** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Amex CC | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| **Check** | | **12/21/2010** | **Amex Discnt** | | **Evans Bank - The Shores** | | **-155.00** |
| | | | | | Amex CC | -155.00 | 155.00 |
| TOTAL | | | | | | -155.00 | 155.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **2222** | **11/13/2010** | **B Getz** | | **Evans Bank - The Shores** | | **-177.00** |
| | | | | | Payroll Expense | -177.00 | 177.00 |
| TOTAL | | | | | | -177.00 | 177.00 |
| | | | | | | | |
| **Check** | | **11/29/2010** | **Bank of America** | | **Evans Bank - PHM** | | **-285.00** |
| | | | | | Bank of America CC | -285.00 | 285.00 |
| TOTAL | | | | | | -285.00 | 285.00 |
| | | | | | | | |
| **Check** | | **11/17/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-250.00** |
| | | | | | Bank of America CC | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| | | | | | | | |
| **Check** | | **11/26/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-80.00** |
| | | | | | Bank of America CC | -80.00 | 80.00 |
| TOTAL | | | | | | -80.00 | 80.00 |
| | | | | | | | |
| **Check** | | **11/26/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-80.00** |
| | | | | | Bank of America CC | -80.00 | 80.00 |
| TOTAL | | | | | | -80.00 | 80.00 |
| | | | | | | | |
| **Check** | | **11/26/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-80.00** |
| | | | | | Bank of America CC | -80.00 | 80.00 |
| TOTAL | | | | | | -80.00 | 80.00 |
| | | | | | | | |
| **Check** | | **11/26/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-80.00** |
| | | | | | Bank of America CC | -80.00 | 80.00 |
| TOTAL | | | | | | -80.00 | 80.00 |
| | | | | | | | |
| **Check** | | **12/15/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-220.00** |
| | | | | | Bank of America CC | -220.00 | 220.00 |
| TOTAL | | | | | | -220.00 | 220.00 |

In re: Two Detroit Street, Inc.
Case No. 11-
Statement of Financial Affairs Question #3(b)

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| **Check** | | **12/15/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-220.00** |
| | | | | | Bank of America CC | -220.00 | 220.00 |
| TOTAL | | | | | | -220.00 | 220.00 |
| **Check** | | **12/15/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-220.00** |
| | | | | | Bank of America CC | -220.00 | 220.00 |
| TOTAL | | | | | | -220.00 | 220.00 |
| **Check** | | **12/15/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-220.00** |
| | | | | | Bank of America CC | -220.00 | 220.00 |
| TOTAL | | | | | | -220.00 | 220.00 |
| **Check** | | **01/18/2011** | **Bank of America** | | **Evans Bank - The Shores** | | **-285.00** |
| | | | | | Bank of America CC | -285.00 | 285.00 |
| TOTAL | | | | | | -285.00 | 285.00 |
| **Check** | | **12/13/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-300.00** |
| | | | | | Bank of America CC | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| **Check** | | **12/18/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-27.00** |
| | | | | | Bank of America CC | -27.00 | 27.00 |
| TOTAL | | | | | | -27.00 | 27.00 |
| **Check** | | **12/18/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-27.00** |
| | | | | | Bank of America CC | -27.00 | 27.00 |
| TOTAL | | | | | | -27.00 | 27.00 |
| **Check** | | **12/18/2010** | **Bank of America** | | **Evans Bank - The Shores** | | **-27.00** |
| | | | | | Bank of America CC | -27.00 | 27.00 |
| TOTAL | | | | | | -27.00 | 27.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **8372** | **12/16/2010** | **Boulevard Produce** | | **Evans Bank - The Shores** | | **-35.70** |
| | | | | | Food Purchases | -35.70 | 35.70 |
| TOTAL | | | | | | -35.70 | 35.70 |
| | | | | | | | |
| **Check** | | **11/19/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-200.00** |
| | | | | | Capital One CC | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| | | | | | | | |
| **Check** | | **11/23/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-159.00** |
| | | | | | Capital One CC | -159.00 | 159.00 |
| TOTAL | | | | | | -159.00 | 159.00 |
| | | | | | | | |
| **Check** | | **11/29/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Capital One CC | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| | | | | | | | |
| **Check** | | **12/03/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-300.00** |
| | | | | | Capital One CC | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| | | | | | | | |
| **Check** | | **12/08/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-154.00** |
| | | | | | Capital One CC | -154.00 | 154.00 |
| TOTAL | | | | | | -154.00 | 154.00 |
| | | | | | | | |
| **Check** | **8618** | **12/08/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-15.00** |
| | | | | | Capital One CC | -15.00 | 15.00 |
| TOTAL | | | | | | -15.00 | 15.00 |
| | | | | | | | |
| **Check** | | **12/14/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-325.00** |
| | | | | | Capital One CC | -325.00 | 325.00 |
| TOTAL | | | | | | -325.00 | 325.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **12/27/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-57.00** |
| | | | | | Capital One CC | -57.00 | 57.00 |
| TOTAL | | | | | | -57.00 | 57.00 |
| **Check** | | **12/20/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-125.00** |
| | | | | | Capital One CC | -125.00 | 125.00 |
| TOTAL | | | | | | -125.00 | 125.00 |
| **Check** | | **12/23/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-75.00** |
| | | | | | Capital One CC | -75.00 | 75.00 |
| TOTAL | | | | | | -75.00 | 75.00 |
| **Check** | | **12/23/2010** | **Captial One** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Capital One CC | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| **Check** | | **12/06/2010** | **Chase** | | **Evans Bank - The Shores** | | **-133.00** |
| | | | | | Chase CC | -133.00 | 133.00 |
| TOTAL | | | | | | -133.00 | 133.00 |
| **Check** | | **12/09/2010** | **Chase** | | **Evans Bank - The Shores** | | **-243.00** |
| | | | | | Chase CC | -243.00 | 243.00 |
| TOTAL | | | | | | -243.00 | 243.00 |
| **Check** | | **12/09/2010** | **Chase** | | **Evans Bank - The Shores** | | **-350.00** |
| | | | | | Chase CC | -350.00 | 350.00 |
| TOTAL | | | | | | -350.00 | 350.00 |
| **Check** | | **11/24/2010** | **Citi Financial** | | **Evans Bank - The Shores** | | **-108.93** |
| | | | | | Citi CC | -108.93 | 108.93 |
| TOTAL | | | | | | -108.93 | 108.93 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **12/10/2010** | **Citi Financial** | | **Evans Bank - The Shores** | | **-108.93** |
| | | | | | Citi CC | -108.93 | 108.93 |
| TOTAL | | | | | | -108.93 | 108.93 |
| **Check** | | **12/09/2010** | **Citi Financial** | | **Evans Bank - The Shores** | | **-400.00** |
| | | | | | Citi CC | -400.00 | 400.00 |
| TOTAL | | | | | | -400.00 | 400.00 |
| **Check** | 8602 | **12/22/2010** | **Citi Financial** | | **Evans Bank - The Shores** | | **-108.93** |
| | | | | | Citi CC | -108.93 | 108.93 |
| TOTAL | | | | | | -108.93 | 108.93 |
| **Check** | | **12/27/2010** | **Citi Financial** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Citi CC | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | 8604 | **12/22/2010** | **City of Buffalo** | | **Evans Bank - The Shores** | | **-55.00** |
| | | | | | Dues and Subscriptions | -55.00 | 55.00 |
| TOTAL | | | | | | -55.00 | 55.00 |
| **Check** | 8632 | **11/29/2010** | **City Treasurer** | | **Evans Bank - The Shores** | | **-1,000.00** |
| | | | | | Legacy Property Tax Payable | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| **Check** | | **01/01/2011** | **City Treasurer** | | **Evans Bank - The Shores** | | **-500.00** |
| | | | | | Legacy Property Tax Payable | -500.00 | 500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| **Check** | 8677 | **01/21/2011** | **City Treasurer** | | **Evans Bank - The Shores** | | **-4,487.30** |
| | | | | | Legacy Property Tax Payable | -4,487.30 | 4,487.30 |
| TOTAL | | | | | | -4,487.30 | 4,487.30 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 01/22/2011 | City Treasurer | | Evans Bank - The Shores | | -2,500.00 |
| | | | | | Legacy Property Tax Payable | -2,500.00 | 2,500.00 |
| TOTAL | | | | | | -2,500.00 | 2,500.00 |
| Check | | 01/22/2011 | City Treasurer | | Evans Bank - The Shores | | -2,500.00 |
| | | | | | Legacy Property Tax Payable | -2,500.00 | 2,500.00 |
| TOTAL | | | | | | -2,500.00 | 2,500.00 |
| Check | | 01/29/2011 | City Treasurer | | Evans Bank - The Shores | | -1,000.00 |
| | | | | | Legacy Property Tax Payable | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | 8635 | 12/12/2010 | D Andrews | | Evans Bank - The Shores | | -250.00 |
| | | | | | Payroll Expense | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| Check | 8644 | 12/16/2010 | D Andrews | | Evans Bank - The Shores | | -161.50 |
| | | | | | Payroll Expense | -161.50 | 161.50 |
| TOTAL | | | | | | -161.50 | 161.50 |
| Check | 8621 | 11/17/2010 | D Brown | | Evans Bank - The Shores | | -1,500.00 |
| | | | | | Professional Fees | -1,500.00 | 1,500.00 |
| TOTAL | | | | | | -1,500.00 | 1,500.00 |
| Check | | 11/27/2010 | D Morey ATT | | Evans Bank - The Shores | | -3,000.00 |
| | | | | | Professional Fees | -3,000.00 | 3,000.00 |
| TOTAL | | | | | | -3,000.00 | 3,000.00 |
| Check | | 11/27/2010 | D Morey ATT | | Evans Bank - The Shores | | -3,000.00 |
| | | | | | Professional Fees | -3,000.00 | 3,000.00 |
| TOTAL | | | | | | -3,000.00 | 3,000.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **12/18/2010** | **D Morey ATT** | | **Evans Bank - The Shores** | | **-3,300.00** |
| | | | | | Professional Fees | -3,300.00 | 3,300.00 |
| TOTAL | | | | | | -3,300.00 | 3,300.00 |
| **Check** | **5269** | **11/23/2010** | **D Nowe** | | **Evans Bank - The Shores** | | **-472.73** |
| | | | | | Payroll Expense | -472.73 | 472.73 |
| TOTAL | | | | | | -472.73 | 472.73 |
| **Check** | | **11/29/2010** | **D Nowe** | | **Evans Bank - The Shores** | | **-135.00** |
| | | | | | Repair & Storage Costs | -135.00 | 135.00 |
| TOTAL | | | | | | -135.00 | 135.00 |
| **Check** | | **11/13/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-2,000.00** |
| | | | | | Professional Fees | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | -2,000.00 | 2,000.00 |
| **Check** | | **11/13/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-2,000.00** |
| | | | | | Professional Fees | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | -2,000.00 | 2,000.00 |
| **Check** | | **11/18/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-4,000.00** |
| | | | | | Professional Fees | -4,000.00 | 4,000.00 |
| TOTAL | | | | | | -4,000.00 | 4,000.00 |
| **Check** | **8622** | **11/19/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-1,500.00** |
| | | | | | Professional Fees | -1,500.00 | 1,500.00 |
| TOTAL | | | | | | -1,500.00 | 1,500.00 |
| **Check** | | **11/24/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-1,506.00** |
| | | | | | Professional Fees | -1,506.00 | 1,506.00 |
| TOTAL | | | | | | -1,506.00 | 1,506.00 |

In re: Two Detroit Street, Inc.
Case No. 11-
Statement of Financial Affairs Question #3(b)

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **8627** | **11/29/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-2,000.00** |
| | | | | | Professional Fees | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | -2,000.00 | 2,000.00 |
| **Check** | **8626** | **11/29/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-2,000.00** |
| | | | | | Professional Fees | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | -2,000.00 | 2,000.00 |
| **Check** | | **12/08/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-4,006.00** |
| | | | | | Professional Fees | -4,006.00 | 4,006.00 |
| TOTAL | | | | | | -4,006.00 | 4,006.00 |
| **Check** | | **12/10/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-2,500.00** |
| | | | | | Professional Fees | -2,500.00 | 2,500.00 |
| TOTAL | | | | | | -2,500.00 | 2,500.00 |
| **Check** | | **12/13/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-4,500.00** |
| | | | | | Professional Fees | -4,500.00 | 4,500.00 |
| TOTAL | | | | | | -4,500.00 | 4,500.00 |
| **Check** | | **12/14/2010** | **Dan Brown** | | **Evans Bank - The Shores** | | **-4,800.00** |
| | | | | | Professional Fees | -4,800.00 | 4,800.00 |
| TOTAL | | | | | | -4,800.00 | 4,800.00 |
| **Check** | | **01/20/2011** | **Dan Brown** | | **Evans Bank - The Shores** | | **-1,653.30** |
| | | | | | Professional Fees | -1,653.30 | 1,653.30 |
| TOTAL | | | | | | -1,653.30 | 1,653.30 |
| **Check** | | **11/26/2010** | **Dell** | | **Evans Bank - The Shores** | | **-39.00** |
| | | | | | Computer Supplies & Expense | -39.00 | 39.00 |
| TOTAL | | | | | | -39.00 | 39.00 |

In re: Two Detroit Street, Inc.
Case No. 11-
Statement of Financial Affairs Question #3(b)

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | 8639 | 12/08/2010 | Dell | | Evans Bank - The Shores | | -39.00 |
| | | | | | Computer Supplies & Expense | -39.00 | 39.00 |
| TOTAL | | | | | | -39.00 | 39.00 |
| | | | | | | | |
| Check | 8660 | 12/20/2010 | Disability Management | | Evans Bank - The Shores | | -153.20 |
| | | | | | Payroll Tax Expense | -153.20 | 153.20 |
| TOTAL | | | | | | -153.20 | 153.20 |
| | | | | | | | |
| Check | | 11/17/2010 | Discover | | Evans Bank - The Shores | | -175.00 |
| | | | | | Discover CC | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| | | | | | | | |
| Check | | 12/09/2010 | Discover | | Evans Bank - The Shores | | -175.00 |
| | | | | | Discover CC | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| | | | | | | | |
| Check | | 12/13/2010 | ETC SUPPLIES | | Evans Bank - The Shores | | -200.00 |
| | | | | | Office Supplies and Expense | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| | | | | | | | |
| Check | | 11/30/2010 | Evans Bank | | Evans Bank - The Shores | | -39.85 |
| | | | | | Bank Service Charges | -39.85 | 39.85 |
| TOTAL | | | | | | -39.85 | 39.85 |
| | | | | | | | |
| Check | | 12/03/2010 | Evans Bank | | Evans Bank - The Shores | | -30.21 |
| | | | | | Credit Card Processing Fees | -30.21 | 30.21 |
| TOTAL | | | | | | -30.21 | 30.21 |
| | | | | | | | |
| Check | | 12/31/2010 | Evans Bank | | Evans Bank - The Shores | | -37.57 |
| | | | | | Bank Service Charges | -37.57 | 37.57 |
| TOTAL | | | | | | -37.57 | 37.57 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **11/24/2010** | **First Niagara** | | **Evans Bank - The Shores** | | **-1,748.77** |
| | | | | | Loan - Officer | -1,748.77 | 1,748.77 |
| TOTAL | | | | | | -1,748.77 | 1,748.77 |
| **Check** | | **12/03/2010** | **First Niagara** | | **Evans Bank - The Shores** | | **-1,769.02** |
| | | | | | Loan - Officer | -1,769.02 | 1,769.02 |
| TOTAL | | | | | | -1,769.02 | 1,769.02 |
| **Check** | | **01/22/2011** | **First Niagara** | | **Evans Bank - The Shores** | | **-1,769.02** |
| | | | | | Loan - Officer | -1,769.02 | 1,769.02 |
| TOTAL | | | | | | -1,769.02 | 1,769.02 |
| **Check** | **9090** | **11/13/2010** | **First Premier Bank** | | **Evans Bank - The Shores** | | **-25.00** |
| | | | | | First Premier CC | -25.00 | 25.00 |
| TOTAL | | | | | | -25.00 | 25.00 |
| **Check** | **8613** | **12/17/2010** | **First Premier Bank** | | **Evans Bank - The Shores** | | **-25.00** |
| | | | | | First Premier CC | -25.00 | 25.00 |
| TOTAL | | | | | | -25.00 | 25.00 |
| **Check** | **8620** | **12/17/2010** | **First Premier Bank** | | **Evans Bank - The Shores** | | **-20.00** |
| | | | | | First Premier CC | -20.00 | 20.00 |
| TOTAL | | | | | | -20.00 | 20.00 |
| **Check** | **8648** | **12/08/2010** | **First Premier Bank** | | **Evans Bank - The Shores** | | **-25.00** |
| | | | | | First Premier CC | -25.00 | 25.00 |
| TOTAL | | | | | | -25.00 | 25.00 |
| **Check** | **8603** | **12/22/2010** | **First Premier Bank** | | **Evans Bank - The Shores** | | **-25.00** |
| | | | | | First Premier CC | -25.00 | 25.00 |
| TOTAL | | | | | | -25.00 | 25.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **8599** | **12/22/2010** | **First Premier Bank** | | **Evans Bank - The Shores** | | **-25.00** |
| | | | | | First Premier CC | -25.00 | 25.00 |
| TOTAL | | | | | | -25.00 | 25.00 |
| **Check** | | **11/17/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-99.00** |
| | | | | | GE Money CC | -99.00 | 99.00 |
| TOTAL | | | | | | -99.00 | 99.00 |
| **Check** | | **11/24/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-140.00** |
| | | | | | GE Money CC | -140.00 | 140.00 |
| TOTAL | | | | | | -140.00 | 140.00 |
| **Check** | | **12/01/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-140.00** |
| | | | | | GE Money CC | -140.00 | 140.00 |
| TOTAL | | | | | | -140.00 | 140.00 |
| **Check** | | **11/19/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-99.00** |
| | | | | | GE Money CC | -99.00 | 99.00 |
| TOTAL | | | | | | -99.00 | 99.00 |
| **Check** | | **12/08/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-45.00** |
| | | | | | GE Money CC | -45.00 | 45.00 |
| TOTAL | | | | | | -45.00 | 45.00 |
| **Check** | | **12/14/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-131.50** |
| | | | | | GE Money CC | -131.50 | 131.50 |
| TOTAL | | | | | | -131.50 | 131.50 |
| **Check** | | **12/14/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-131.50** |
| | | | | | GE Money CC | -131.50 | 131.50 |
| TOTAL | | | | | | -131.50 | 131.50 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| **Check** | | **12/23/2010** | **GEMB** | | **Evans Bank - The Shores** | | **-99.00** |
| | | | | | GE Money CC | -99.00 | 99.00 |
| TOTAL | | | | | | -99.00 | 99.00 |
| | | | | | | | |
| **Check** | | **01/15/2011** | **Getty** | | **Evans Bank - The Shores** | | **-23.00** |
| | | | | | Automobile Expense | -23.00 | 23.00 |
| TOTAL | | | | | | -23.00 | 23.00 |
| | | | | | | | |
| **Check** | | **01/26/2011** | **Homestead** | | **Evans Bank - The Shores** | | **-9.99** |
| | | | | | Internet Hosting | -9.99 | 9.99 |
| TOTAL | | | | | | -9.99 | 9.99 |
| | | | | | | | |
| **Check** | 8377 | **11/13/2010** | **HSBC** | | **Evans Bank - The Shores** | | **-20.00** |
| | | | | | Credit Card Interest | -20.00 | 20.00 |
| TOTAL | | | | | | -20.00 | 20.00 |
| | | | | | | | |
| **Check** | 9092 | **11/13/2010** | **HSBC** | | **Evans Bank - The Shores** | | **-23.00** |
| | | | | | Credit Card Interest | -23.00 | 23.00 |
| TOTAL | | | | | | -23.00 | 23.00 |
| | | | | | | | |
| **Check** | | **12/08/2010** | **HSBC** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Credit Card Interest | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| | | | | | | | |
| **Check** | | **12/08/2010** | **HSBC** | | **Evans Bank - The Shores** | | **-75.00** |
| | | | | | Credit Card Interest | -75.00 | 75.00 |
| TOTAL | | | | | | -75.00 | 75.00 |
| | | | | | | | |
| **Check** | | **12/08/2010** | **HSBC** | | **Evans Bank - The Shores** | | **-101.89** |
| | | | | | Credit Card Interest | -101.89 | 101.89 |
| TOTAL | | | | | | -101.89 | 101.89 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | 8611 | 12/17/2010 | Independent Health | | Evans Bank - The Shores | | -774.27 |
| | | | | | Insurance Expense | -774.27 | 774.27 |
| TOTAL | | | | | | -774.27 | 774.27 |
| Check | 8647 | 12/08/2010 | Independent Health | | Evans Bank - The Shores | | -774.27 |
| | | | | | Insurance Expense | -774.27 | 774.27 |
| TOTAL | | | | | | -774.27 | 774.27 |
| Check | 8623 | 11/22/2010 | Insurance Payment | | Evans Bank - The Shores | | -51.82 |
| | | | | | Insurance Expense | -51.82 | 51.82 |
| TOTAL | | | | | | -51.82 | 51.82 |
| Check | | 12/21/2010 | Insurance Payment | | Evans Bank - The Shores | | -51.82 |
| | | | | | Insurance Expense | -51.82 | 51.82 |
| TOTAL | | | | | | -51.82 | 51.82 |
| Check | | 11/30/2010 | Interguard Ins | | Evans Bank - The Shores | | -33.48 |
| | | | | | Insurance Expense | -33.48 | 33.48 |
| TOTAL | | | | | | -33.48 | 33.48 |
| Check | | 12/03/2010 | Interguard Ins | | Evans Bank - The Shores | | -16.74 |
| | | | | | Insurance Expense | -16.74 | 16.74 |
| TOTAL | | | | | | -16.74 | 16.74 |
| Check | 8623 | 11/26/2010 | Irish Propane | | Evans Bank - The Shores | | -250.00 |
| | | | | | Utilities | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| Check | 8624 | 12/03/2010 | Irish Propane | | Evans Bank - The Shores | | -250.00 |
| | | | | | Utilities | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **8625** | **12/17/2010** | **Irish Propane** | | **Evans Bank - The Shores** | | **-250.00** |
| | | | | | Utilities | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| **Check** | | **11/18/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Key CC | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | | **11/18/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Credit Card Interest | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | | **11/18/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-300.00** |
| | | | | | Key CC | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| **Check** | | **11/19/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Key CC | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | | **11/19/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Key CC | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | | **11/23/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-108.04** |
| | | | | | Key CC | -108.04 | 108.04 |
| TOTAL | | | | | | -108.04 | 108.04 |
| **Check** | | **12/20/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Key CC | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------|-----------------|
| **Check** | | **12/20/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Key CC | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | | **12/29/2010** | **Key Bank** | | **Evans Bank - The Shores** | | **-130.00** |
| | | | | | Key CC | -130.00 | 130.00 |
| TOTAL | | | | | | -130.00 | 130.00 |
| **Check** | | **11/22/2010** | **Legacy Visa** | | **Evans Bank - The Shores** | | **-150.00** |
| | | | | | Legacy CC | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| **Check** | | **11/23/2010** | **Legacy Visa** | | **Evans Bank - The Shores** | | **-234.00** |
| | | | | | Legacy CC | -234.00 | 234.00 |
| TOTAL | | | | | | -234.00 | 234.00 |
| **Check** | 8600 | **12/22/2010** | **Legacy Visa** | | **Evans Bank - The Shores** | | **-30.00** |
| | | | | | Legacy CC | -30.00 | 30.00 |
| TOTAL | | | | | | -30.00 | 30.00 |
| **Check** | 8650 | **11/18/2010** | **M Charnock** | | **Evans Bank - The Shores** | | **-275.00** |
| | | | | | Loan - Officer | -275.00 | 275.00 |
| TOTAL | | | | | | -275.00 | 275.00 |
| **Check** | 8630 | **11/24/2010** | **M Charnock** | | **Evans Bank - The Shores** | | **-250.00** |
| | | | | | Loan - Officer | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| **Check** | 8634 | **11/30/2010** | **M Charnock** | | **Evans Bank - The Shores** | | **-250.00** |
| | | | | | Loan - Officer | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 12/08/2010 | M Charnock | | Evans Bank - The Shores | | -250.00 |
| | | | | | Loan - Officer | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| Check | 8659 | 12/17/2010 | M Charnock | | Evans Bank - The Shores | | -250.00 |
| | | | | | Loan - Officer | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| Check | 8662 | 12/27/2010 | M Charnock | | Evans Bank - The Shores | | -250.00 |
| | | | | | Loan - Officer | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| Check | 5276 | 12/29/2010 | M Charnock | | Evans Bank - The Shores | | -712.21 |
| | | | | | Payroll Expense | -712.21 | 712.21 |
| TOTAL | | | | | | -712.21 | 712.21 |
| Check | 5279 | 12/31/2010 | M Charnock | | Evans Bank - The Shores | | -783.73 |
| | | | | | Payroll Expense | -783.73 | 783.73 |
| TOTAL | | | | | | -783.73 | 783.73 |
| Check | 5181 | 01/15/2011 | M Charnock | | Evans Bank - The Shores | | -783.72 |
| | | | | | Payroll Expense | -783.72 | 783.72 |
| TOTAL | | | | | | -783.72 | 783.72 |
| Check | 8676 | 01/19/2011 | M Charnock | | Evans Bank - The Shores | | -1,000.00 |
| | | | | | Payroll Tax Expense | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | 8679 | 01/22/2011 | M Charnock | | Evans Bank - The Shores | | -2,884.57 |
| | | | | | Payroll Expense | -2,884.57 | 2,884.57 |
| TOTAL | | | | | | -2,884.57 | 2,884.57 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **02/16/2011** | **M Charnock** | | **Evans Bank - The Shores** | | **-855.11** |
| | | | | | Payroll Expense | -855.11 | 855.11 |
| TOTAL | | | | | | -855.11 | 855.11 |
| **Check** | | **02/04/2011** | **M Charnock** | | **Evans Bank - The Shores** | | **-855.11** |
| | | | | | Payroll Expense | -855.11 | 855.11 |
| TOTAL | | | | | | -855.11 | 855.11 |
| **Check** | 8665 | **12/29/2010** | **M Charnock Jr** | | **Evans Bank - The Shores** | | **-401.87** |
| | | | | | Payroll Expense | -401.87 | 401.87 |
| TOTAL | | | | | | -401.87 | 401.87 |
| **Check** | 5233 | **12/29/2010** | **M Charnock Jr** | | **Evans Bank - The Shores** | | **-2,025.83** |
| | | | | | Payroll Expense | -2,025.83 | 2,025.83 |
| TOTAL | | | | | | -2,025.83 | 2,025.83 |
| **Check** | EFT | **11/19/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Shareholder Loan Interest | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| **Check** | EFT | **12/19/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Shareholder Loan Interest | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| **Check** | | **11/19/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-164.54** |
| | | | | | Bank Loan Interest | -164.54 | 164.54 |
| TOTAL | | | | | | -164.54 | 164.54 |
| **Check** | | **11/19/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-152.55** |
| | | | | | Bank Loan Interest | -152.55 | 152.55 |
| TOTAL | | | | | | -152.55 | 152.55 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------|-----------------|
| **Check** | | **11/19/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Bank Loan Interest | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| **Check** | 9988 | **11/19/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-175.00** |
| | | | | | Bank Loan Interest | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| **Check** | | **12/10/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-165.00** |
| | | | | | Bank Loan Interest | -165.00 | 165.00 |
| TOTAL | | | | | | -165.00 | 165.00 |
| **Check** | | **12/16/2010** | **M&T Bank** | | **Evans Bank - The Shores** | | **-153.00** |
| | | | | | Bank Loan Interest | -153.00 | 153.00 |
| TOTAL | | | | | | -153.00 | 153.00 |
| **Check** | 5275 | **12/29/2010** | **N Charnock** | | **Evans Bank - The Shores** | | **-712.21** |
| | | | | | Payroll Expense | -712.21 | 712.21 |
| TOTAL | | | | | | -712.21 | 712.21 |
| **Check** | 5278 | **12/31/2010** | **N Charnock** | | **Evans Bank - The Shores** | | **-783.73** |
| | | | | | Payroll Expense | -783.73 | 783.73 |
| TOTAL | | | | | | -783.73 | 783.73 |
| **Check** | 5182 | **01/15/2011** | **N Charnock** | | **Evans Bank - The Shores** | | **-783.73** |
| | | | | | Payroll Expense | -783.73 | 783.73 |
| TOTAL | | | | | | -783.73 | 783.73 |
| **Check** | 8678 | **01/22/2011** | **N Charnock** | | **Evans Bank - The Shores** | | **-2,884.57** |
| | | | | | Payroll Expense | -2,884.57 | 2,884.57 |
| TOTAL | | | | | | -2,884.57 | 2,884.57 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| Check | | 02/16/2011 | N Charnock | | Evans Bank - The Shores | | -855.11 |
| | | | | | Payroll Expense | -855.11 | 855.11 |
| TOTAL | | | | | | -855.11 | 855.11 |
| Check | | 02/04/2011 | N Charnock | | Evans Bank - The Shores | | -855.11 |
| | | | | | Payroll Expense | -855.11 | 855.11 |
| TOTAL | | | | | | -855.11 | 855.11 |
| Check | 8617 | 11/19/2010 | National Grid | | Evans Bank - The Shores | | -310.94 |
| | | | | | Utilities | -310.94 | 310.94 |
| TOTAL | | | | | | -310.94 | 310.94 |
| Check | 9112 | 12/03/2010 | Nextpoint | | Evans Bank - The Shores | | -500.00 |
| | | | | | Professional Fees | -500.00 | 500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| Check | 9113 | 12/08/2010 | Nextpoint | | Evans Bank - The Shores | | -1,000.00 |
| | | | | | Professional Fees | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | | 11/23/2010 | Nissan | | Evans Bank - The Shores | | -361.79 |
| | | | | | Automobile Expense | -361.79 | 361.79 |
| TOTAL | | | | | | -361.79 | 361.79 |
| Check | | 12/23/2010 | Nissan | | Evans Bank - The Shores | | -356.79 |
| | | | | | Automobile Expense | -356.79 | 356.79 |
| TOTAL | | | | | | -356.79 | 356.79 |
| Check | | 12/23/2010 | Nissan | | Evans Bank - The Shores | | -5.00 |
| | | | | | Automobile Expense | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| **Check** | **9384** | **12/09/2010** | **NY State Sales Tax** | | **Evans Bank - The Shores** | | **-50.00** |
| | | | NY State Sales Tax | | Legacy Sales Tax Payable | -50.00 | 50.00 |
| TOTAL | | | | | | -50.00 | 50.00 |
| | | | | | | | |
| **Check** | | **12/21/2010** | **NY State Sales Tax** | | **Evans Bank - The Shores** | | **-3,500.00** |
| | | | NY State Sales Tax | | Legacy Sales Tax Payable | -3,500.00 | 3,500.00 |
| TOTAL | | | | | | -3,500.00 | 3,500.00 |
| | | | | | | | |
| **Check** | | **12/21/2010** | **NY State Sales Tax** | | **Evans Bank - The Shores** | | **-312.00** |
| | | | NY State Sales Tax | | Legacy Sales Tax Payable | -312.00 | 312.00 |
| TOTAL | | | | | | -312.00 | 312.00 |
| | | | | | | | |
| **Check** | | **11/16/2010** | **NYS Dept of Labor Unemployment** | | **Evans Bank - The Shores** | | **-524.91** |
| | | | | | Payroll Tax Expense | -524.91 | 524.91 |
| TOTAL | | | | | | -524.91 | 524.91 |
| | | | | | | | |
| **Check** | | **11/23/2010** | **NYS Dept of Labor Unemployment** | | **Evans Bank - The Shores** | | **-149.61** |
| | | | | | Payroll Tax Expense | -149.61 | 149.61 |
| TOTAL | | | | | | -149.61 | 149.61 |
| | | | | | | | |
| **Check** | | **12/06/2010** | **NYS Dept of Labor Unemployment** | | **Evans Bank - The Shores** | | **-299.00** |
| | | | | | Payroll Tax Expense | -299.00 | 299.00 |
| TOTAL | | | | | | -299.00 | 299.00 |
| | | | | | | | |
| **Check** | | **12/07/2010** | **NYS Dept of Labor Unemployment** | | **Evans Bank - The Shores** | | **-123.42** |
| | | | | | Payroll Tax Expense | -123.42 | 123.42 |
| TOTAL | | | | | | -123.42 | 123.42 |
| | | | | | | | |
| **Check** | | **12/14/2010** | **NYS Dept of Labor Unemployment** | | **Evans Bank - The Shores** | | **-227.56** |
| | | | | | Payroll Tax Expense | -227.56 | 227.56 |
| TOTAL | | | | | | -227.56 | 227.56 |

In re: Two Detroit Street, Inc.
Case No. 11-
Statement of Financial Affairs Question #3(b)

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 11/18/2010 | NYS Lottery | | Evans Bank - The Shores | | -4.46 |
| | | | | | Lotto Costs | -4.46 | 4.46 |
| TOTAL | | | | | | -4.46 | 4.46 |
| Check | | 11/23/2010 | NYS Lottery | | Evans Bank - The Shores | | -4.46 |
| | | | | | Lotto Costs | -4.46 | 4.46 |
| TOTAL | | | | | | -4.46 | 4.46 |
| Check | | 12/31/2010 | NYS Lottery | | Evans Bank - The Shores | | -11,000.00 |
| | | | | | Lotto Costs | -11,000.00 | 11,000.00 |
| TOTAL | | | | | | -11,000.00 | 11,000.00 |
| Check | | 02/03/2011 | NYS Tax & Finance | | Evans Bank - The Shores | | -809.80 |
| | | | | | Taxes | -809.80 | 809.80 |
| TOTAL | | | | | | -809.80 | 809.80 |
| Check | | 02/03/2011 | NYS Tax & Finance | | Evans Bank - The Shores | | -192.30 |
| | | | | | Taxes | -192.30 | 192.30 |
| TOTAL | | | | | | -192.30 | 192.30 |
| Check | | 02/04/2011 | NYS Tax & Finance | | Evans Bank - The Shores | | -800.00 |
| | | | | | Taxes | -800.00 | 800.00 |
| TOTAL | | | | | | -800.00 | 800.00 |
| Check | | 01/28/2011 | Office Max | | Evans Bank - The Shores | | -43.00 |
| | | | | | Office Supplies and Expense | -43.00 | 43.00 |
| TOTAL | | | | | | -43.00 | 43.00 |
| Check | | 01/29/2011 | Office Max | | Evans Bank - The Shores | | -40.00 |
| | | | | | Office Supplies and Expense | -40.00 | 40.00 |
| TOTAL | | | | | | -40.00 | 40.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| **Check** | | **01/31/2011** | **Office Max** | | **Evans Bank - The Shores** | | **-102.00** |
| | | | | | Office Supplies and Expense | -102.00 | 102.00 |
| TOTAL | | | | | | -102.00 | 102.00 |
| | | | | | | | |
| **Check** | | **12/03/2010** | **One Beacon Insurance** | | **Evans Bank - The Shores** | | **-1,000.00** |
| | | | | | Insurance Expense | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| | | | | | | | |
| **Check** | | **11/30/2010** | **PHH Mortgage Services** | | **Evans Bank - The Shores** | | **-579.72** |
| | | | | | Loan - Officer | -579.72 | 579.72 |
| TOTAL | | | | | | -579.72 | 579.72 |
| | | | | | | | |
| **Check** | | **12/03/2010** | **PHH Mortgage Services** | | **Evans Bank - The Shores** | | **-579.72** |
| | | | | | Loan - Officer | -579.72 | 579.72 |
| TOTAL | | | | | | -579.72 | 579.72 |
| | | | | | | | |
| **Check** | 8654 | **11/18/2010** | **Placid Harbour** | | **Evans Bank - The Shores** | | **-500.00** |
| | | | | | Repairs and Maintenance Expense | -500.00 | 500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| | | | | | | | |
| **Check** | 9383 | **11/16/2010** | **R Charnock** | | **Evans Bank - The Shores** | | **-200.00** |
| | | | | | Amex CC | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| | | | | | | | |
| **Check** | | **12/13/2010** | **R Charnock** | | **Evans Bank - The Shores** | | **-1,470.00** |
| | | | | | Amex CC | -1,470.00 | 1,470.00 |
| TOTAL | | | | | | -1,470.00 | 1,470.00 |
| | | | | | | | |
| **Check** | 8666 | **12/30/2010** | **R Charnock** | | **Evans Bank - The Shores** | | **-300.00** |
| | | | | | Amex CC | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **02/04/2011** | **R Charnock** | | **Evans Bank - The Shores** | | **-435.13** |
| | | | | | Payroll Expense | -435.13 | 435.13 |
| TOTAL | | | | | | -435.13 | 435.13 |
| **Check** | 8398 | **12/16/2010** | **R Carere** | | **Evans Bank - The Shores** | | **-192.55** |
| | | | | | Payroll Expense | -192.55 | 192.55 |
| TOTAL | | | | | | -192.55 | 192.55 |
| **Check** | 8644 | **12/16/2010** | **R TRUBECCA ATT** | | **Evans Bank - The Shores** | | **-100.00** |
| | | | | | Professional Fees | -100.00 | 100.00 |
| TOTAL | | | | | | -100.00 | 100.00 |
| **Check** | | **12/10/2010** | **S MAISLIN ATT** | | **Evans Bank - The Shores** | | **-250.00** |
| | | | | | Professional Fees | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| **Check** | | **12/07/2010** | **Sears** | | **Evans Bank - The Shores** | | **-135.35** |
| | | | | | Sears CC | -135.35 | 135.35 |
| TOTAL | | | | | | -135.35 | 135.35 |
| **Check** | | **12/30/2010** | **Sears** | | **Evans Bank - The Shores** | | **-144.23** |
| | | | | | Sears CC | -144.23 | 144.23 |
| TOTAL | | | | | | -144.23 | 144.23 |
| **Check** | | **11/29/2010** | **Time Warner Cable** | | **Evans Bank - The Shores** | | **-141.64** |
| | | | | | Cable Expense | -141.64 | 141.64 |
| TOTAL | | | | | | -141.64 | 141.64 |
| **Check** | 8636 | **12/08/2010** | **Trans Life** | | **Evans Bank - The Shores** | | **-87.30** |
| | | | | | Insurance Expense | -87.30 | 87.30 |
| TOTAL | | | | | | -87.30 | 87.30 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | **12/12/2010** | **US Bank** | | **Evans Bank - The Shores** | | **-400.00** |
| | | | | | US Bank CC | -400.00 | 400.00 |
| TOTAL | | | | | | -400.00 | 400.00 |
| **Check** | | **12/07/2010** | **US Bank** | | **Evans Bank - The Shores** | | **-250.00** |
| | | | | | US Bank CC | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| **Check** | 8371 | **12/16/2010** | **US Foods** | | **Evans Bank - The Shores** | | **-149.23** |
| | | | | | Food Purchases | -149.23 | 149.23 |
| TOTAL | | | | | | -149.23 | 149.23 |
| **Check** | 8373 | **11/13/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-100.00** |
| | | | | | Taxes | -100.00 | 100.00 |
| TOTAL | | | | | | -100.00 | 100.00 |
| **Check** | | **11/24/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-6.00** |
| | | | | | Taxes | -6.00 | 6.00 |
| TOTAL | | | | | | -6.00 | 6.00 |
| **Check** | | **11/27/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-1,500.00** |
| | | | | | Taxes | -1,500.00 | 1,500.00 |
| TOTAL | | | | | | -1,500.00 | 1,500.00 |
| **Check** | | **11/27/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-1,500.00** |
| | | | | | Taxes | -1,500.00 | 1,500.00 |
| TOTAL | | | | | | -1,500.00 | 1,500.00 |
| **Check** | | **11/30/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-2,000.00** |
| | | | | | Taxes | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | -2,000.00 | 2,000.00 |

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------|-----------------|
| **Check** | | **12/03/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-4,000.00** |
| | | | | | Taxes | -4,000.00 | 4,000.00 |
| TOTAL | | | | | | -4,000.00 | 4,000.00 |
| **Check** | | **12/08/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-2,000.00** |
| | | | | | Taxes | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | -2,000.00 | 2,000.00 |
| **Check** | | **12/08/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-100.00** |
| | | | | | Taxes | -100.00 | 100.00 |
| TOTAL | | | | | | -100.00 | 100.00 |
| **Check** | | **12/08/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-100.00** |
| | | | | | Taxes | -100.00 | 100.00 |
| TOTAL | | | | | | -100.00 | 100.00 |
| **Check** | | **12/30/2010** | **US Treasury** | | **Evans Bank - The Shores** | | **-624.02** |
| | | | | | Taxes | -624.02 | 624.02 |
| TOTAL | | | | | | -624.02 | 624.02 |
| **Check** | | **01/20/2011** | **US Treasury** | | **Evans Bank - The Shores** | | **-654.38** |
| | | | | | Taxes | -654.38 | 654.38 |
| TOTAL | | | | | | -654.38 | 654.38 |
| **Check** | | **12/03/2010** | **USPS** | | **Evans Bank - The Shores** | | **-60.00** |
| | | | | | Postage and Delivery | -60.00 | 60.00 |
| TOTAL | | | | | | -60.00 | 60.00 |

In re: Two Detroit Street, Inc.
Case No. 11-

Statement of Financial Affairs Questions #3(c), 10 and 23

**<u>Summary of Distributions and Payments to Insiders</u>**

During the 12 months prior to the filing, the Debtor made payments to its owners, Michael R. Charnock, Sr. and Nancy C. Charnock, which are summarized below:

| | |
|---|---|
| Distributions | $10,960.00 |
| Payroll Michael Sr. | $9,884.57 |
| Payroll Nancy | $9,884.57 |
| Payments of owners' household bills: | |
| First Niagara Bank Mortgage | $21,025.71 |
| M&T Bank Loans | $6,029.04 |
| National Fuel | $1,790.15 |
| National Grid | $2,084.04 |
| PH&H Mortgage | $7,519.52 |
| **Total payments to Michael Sr. and Nancy:** | **$69,177.60** |

These payments are itemized in detail on the following pages

The Debtor also made payments to its owners' sons, Michael R. Charnock, Jr. and Robert Charnock, which are summarized below:

| | |
|---|---|
| Payroll Michael Jr. | $21,100.00 |
| Escrow funds Michael Jr. (see narrative at Question 10(a)) | $33,500.00 |
| **Total payments to Michael Jr.** | **$54,600.00** |
| **Payroll Robert** | **$4,800.00** |

These payments are itemized in detail on the following pages

#1530882

In re:  Two Detroit Street, Inc.
Case No. 11-

Statement of Financial Affairs Questions #3(c), 10 and 23

**Payments to Insiders Within 12 Months of Filing**

**Payments to Michael and Nancy Charnock**

| Date | Payee | Amount | Relationship | Purpose |
|---|---|---|---|---|
| 2/11/2010 | Michael and Nancy Charnock | $200.00 | Debtor's owners | Distribution |
| 2/12/2010 | Michael and Nancy Charnock | $225.00 | Debtor's owners | Distribution |
| 2/18/2010 | Michael and Nancy Charnock | $350.00 | Debtor's owners | Distribution |
| 2/18/2010 | Michael and Nancy Charnock | $275.00 | Debtor's owners | Distribution |
| 2/19/2010 | Michael and Nancy Charnock | $300.00 | Debtor's owners | Distribution |
| 3/2/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 3/8/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 3/11/2010 | Michael and Nancy Charnock | $300.00 | Debtor's owners | Distribution |
| 3/15/2010 | Michael and Nancy Charnock | $125.00 | Debtor's owners | Distribution |
| 3/19/2010 | Michael and Nancy Charnock | $1,000.00 | Debtor's owners | Distribution |
| 3/23/2010 | Michael and Nancy Charnock | $150.00 | Debtor's owners | Distribution |
| 3/26/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 3/30/2010 | Michael and Nancy Charnock | $125.00 | Debtor's owners | Distribution |
| 4/2/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 4/8/2010 | Michael and Nancy Charnock | $150.00 | Debtor's owners | Distribution |
| 4/9/2010 | Michael and Nancy Charnock | $290.00 | Debtor's owners | Distribution |
| 4/19/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 5/10/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 5/17/2010 | Michael and Nancy Charnock | $150.00 | Debtor's owners | Distribution |
| 5/25/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 6/3/2010 | Michael and Nancy Charnock | $260.00 | Debtor's owners | Distribution |
| 6/16/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 6/29/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 7/20/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |

In re: Two Detroit Street, Inc.
Case No. 11-

Statement of Financial Affairs Questions #3(c), 10 and 23

| Date | Payee | Amount | Relationship | Purpose |
|---|---|---|---|---|
| 7/23/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 8/24/2010 | Michael and Nancy Charnock | $275.00 | Debtor's owners | Distribution |
| 9/1/2010 | Michael and Nancy Charnock | $200.00 | Debtor's owners | Distribution |
| 9/2/2010 | Michael and Nancy Charnock | $180.00 | Debtor's owners | Distribution |
| 9/10/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 9/20/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 9/27/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 9/30/2010 | Michael and Nancy Charnock | $140.00 | Debtor's owners | Distribution |
| 9/30/2010 | Michael and Nancy Charnock | $140.00 | Debtor's owners | Distribution |
| 10/4/2010 | Michael and Nancy Charnock | $275.00 | Debtor's owners | Distribution |
| 10/15/2010 | Michael and Nancy Charnock | $280.00 | Debtor's owners | Distribution |
| 10/20/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 10/27/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 11/8/2010 | Michael and Nancy Charnock | $45.00 | Debtor's owners | Distribution |
| 11/18/2010 | Michael and Nancy Charnock | $275.00 | Debtor's owners | Distribution |
| 11/24/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 11/30/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 12/8/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 12/17/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |
| 12/27/2010 | Michael and Nancy Charnock | $250.00 | Debtor's owners | Distribution |

**Total Michael and Nancy Charnock** **$10,960.00**

Statement of Financial Affairs Questions #3(c), 10 and 23

| Date | Payee | Amount | Relationship | Purpose |
|------|-------|--------|--------------|---------|
| **Payments Made to Michael R. Charnock, Sr.** | | | | |
| Various 2010 | Michael R. Charnock, Sr. | $7,000.00 | Debtor's owner | Payroll |
| 1/22/2011 | Michael R. Charnock, Sr. | $2,884.57 | Debtor's owner | Payroll (for 9/10, not cashed until 1/11) |
| **Total Michael R. Charnock, Sr.** | | **$9,884.57** | | |
| **Payments Made to Nancy C. Charnock** | | | | |
| Various 2010 | Nancy C. Charnock | $7,000.00 | Debtor's owner | Payroll |
| 1/22/2011 | Nancy C. Charnock | $2,884.57 | Debtor's owner | Payroll (for 9/10, not cashed until 1/11) |
| **Total Nancy C. Charnock** | | **$9,884.57** | | |
| **Payments Made to Michael R. Charnock, Jr.** | | | | |
| Various 2010 | Michael R. Charnock, Jr. | $21,100.00 | Debtor's owners' son | Payroll |
| 5/14/2010 | Michael R. Charnock, Jr. | $25,000.00 | Debtor's owners' son | See narrative Question 10(a) |
| 6/2/2010 | Michael R. Charnock, Jr. | $8,500.00 | Debtor's owners' son | See narrative Question 10(a) |
| **Total Michael R. Charnock, Jr.** | | **$54,600.00** | | |
| **Payments Made to Robert Charnock** | | | | |
| Various 2010 | Robert Charnock | $4,800.00 | Debtor's owners' son | Payroll |
| **Total Robert Charnock** | | **$4,800.00** | | |

In re: Two Detroit Street, Inc.
Case No. 11-

Statement of Financial Affairs Questions #3(c), 10 and 23

## Payments Made on Behalf of Insiders

| Date | Payee | Amount | Relationship | Purpose |
|------|-------|--------|--------------|---------|
| 2/26/2010 | First Niagara Bank | $1,708.39 | None | Corporate payment of individual obligations |
| 3/21/2010 | First Niagara Bank | $1,708.00 | None | Corporate payment of individual obligations |
| 4/29/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 6/1/2010 | First Niagara Bank | $1,708.39 | None | Corporate payment of individual obligations |
| 6/29/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 7/29/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 8/27/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 9/29/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 10/29/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 11/24/2010 | First Niagara Bank | $1,748.77 | None | Corporate payment of individual obligations |
| 12/3/2010 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| 1/22/2011 | First Niagara Bank | $1,769.02 | None | Corporate payment of individual obligations |
| **Total First Niagara Bank** | | **$21,025.71** | | |
| 2/12/2010 | M&T Bank | $162.00 | None | Corporate payment of individual obligations |
| 2/16/2010 | M&T Bank | $152.00 | None | Corporate payment of individual obligations |
| 3/5/2010 | M&T Bank | $166.74 | None | Corporate payment of individual obligations |
| 3/17/2010 | M&T Bank | $165.00 | None | Corporate payment of individual obligations |
| 3/19/2010 | M&T Bank | $153.00 | None | Corporate payment of individual obligations |
| 4/5/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |
| 5/6/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |
| 5/17/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |
| 5/18/2010 | M&T Bank | $152.55 | None | Corporate payment of individual obligations |
| 6/1/2010 | M&T Bank | $284.09 | None | Corporate payment of individual obligations |
| 6/15/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |
| 6/15/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |

In re: Two Detroit Street, Inc.
Case No. 11-

Statement of Financial Affairs Questions #3(c), 10 and 23

| Date | Payee | Amount | Relationship | Purpose |
|------|-------|--------|--------------|---------|
| 6/17/2010 | M&T Bank | $152.55 | None | Corporate payment of individual obligations |
| 6/17/2010 | M&T Bank | $152.55 | None | Corporate payment of individual obligations |
| 6/19/2010 | M&T Bank | $170.00 | None | Corporate payment of individual obligations |
| 6/25/2010 | M&T Bank | $170.00 | None | Corporate payment of individual obligations |
| 7/14/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |
| 7/16/2010 | M&T Bank | $152.55 | None | Corporate payment of individual obligations |
| 7/19/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |
| 8/13/2010 | M&T Bank | $164.50 | None | Corporate payment of individual obligations |
| 8/17/2010 | M&T Bank | $152.59 | None | Corporate payment of individual obligations |
| 8/19/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |
| 9/3/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |
| 9/8/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |
| 9/8/2010 | M&T Bank | $164.55 | None | Corporate payment of individual obligations |
| 10/4/2010 | M&T Bank | $166.91 | None | Corporate payment of individual obligations |
| 10/4/2010 | M&T Bank | $166.91 | None | Corporate payment of individual obligations |
| 10/15/2010 | M&T Bank | $165.50 | None | Corporate payment of individual obligations |
| 10/18/2010 | M&T Bank | $152.00 | None | Corporate payment of individual obligations |
| 10/19/2010 | M&T Bank | $168.16 | None | Corporate payment of individual obligations |
| 11/15/2010 | M&T Bank | $165.50 | None | Corporate payment of individual obligations |
| 11/19/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |
| 11/19/2010 | M&T Bank | $164.54 | None | Corporate payment of individual obligations |
| 11/19/2010 | M&T Bank | $152.55 | None | Corporate payment of individual obligations |
| 11/19/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |
| 11/19/2010 | M&T Bank | $175.00 | None | Corporate payment of individual obligations |

**Total M&T Bank**      **$6,029.04**

| 5/1/2010 | National Fuel | $273.16 | None | Corporate payment of individual obligations |
| 5/1/2010 | National Fuel | $273.16 | None | Corporate payment of individual obligations |

Statement of Financial Affairs Questions #3(c), 10 and 23

| Date | Payee | Amount | Relationship | Purpose |
|------|-------|--------|--------------|---------|
| 6/1/2010 | National Fuel | $265.95 | None | Corporate payment of individual obligations |
| 7/21/2010 | National Fuel | $256.10 | None | Corporate payment of individual obligations |
| 9/1/2010 | National Fuel | $200.07 | None | Corporate payment of individual obligations |
| 9/1/2010 | National Fuel | $200.07 | None | Corporate payment of individual obligations |
| 9/2/2010 | National Fuel | $200.07 | None | Corporate payment of individual obligations |
| 12/3/2010 | National Fuel | $121.57 | None | Corporate payment of individual obligations |
| **Total National Fuel** | | **$1,790.15** | | |
| 5/25/2010 | National Grid | $76.12 | None | Corporate payment of individual obligations |
| 5/26/2010 | National Grid | $142.51 | None | Corporate payment of individual obligations |
| 5/26/2010 | National Grid | $142.51 | None | Corporate payment of individual obligations |
| 6/1/2010 | National Grid | $101.32 | None | Corporate payment of individual obligations |
| 6/18/2010 | National Grid | $142.48 | None | Corporate payment of individual obligations |
| 6/20/2010 | National Grid | $91.00 | None | Corporate payment of individual obligations |
| 8/4/2010 | National Grid | $153.99 | None | Corporate payment of individual obligations |
| 8/4/2010 | National Grid | $153.99 | None | Corporate payment of individual obligations |
| 10/3/2010 | National Grid | $76.35 | None | Corporate payment of individual obligations |
| 10/21/2010 | National Grid | $159.43 | None | Corporate payment of individual obligations |
| 10/30/2010 | National Grid | $217.26 | None | Corporate payment of individual obligations |
| 11/8/2010 | National Grid | $118.89 | None | Corporate payment of individual obligations |
| 11/8/2010 | National Grid | $118.89 | None | Corporate payment of individual obligations |
| 11/15/2010 | National Grid | $196.00 | None | Corporate payment of individual obligations |
| 12/3/2010 | National Grid | $96.65 | None | Corporate payment of individual obligations |
| 12/3/2010 | National Grid | $96.65 | None | Corporate payment of individual obligations |
| **Total National Grid** | | **$2,084.04** | | |

Statement of Financial Affairs Questions #3(c), 10 and 23

| Date | Payee | Amount | Relationship | Purpose |
|------|-------|--------|--------------|---------|
| 2/12/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 3/22/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 4/21/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 6/11/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 6/11/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 7/7/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 7/7/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 8/30/2010 | PHH Mortgage Services | $571.30 | None | Corporate payment of individual obligations |
| 8/30/2010 | PHH Mortgage Services | $571.30 | None | Corporate payment of individual obligations |
| 11/30/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 11/30/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 12/3/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |
| 12/3/2010 | PHH Mortgage Services | $579.72 | None | Corporate payment of individual obligations |

**Total PHH Mortgage Services**          **$7,519.52**

# United States Bankruptcy Court
## Western District of New York

In re    **Two Detroit Street, Inc.**        Case No. _____

                       Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Usual hourly rates** |
| Prior to the filing of this statement I have received | $ | **26,049.00** |
| Balance Due | $ | **Usual hourly rates** |

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtor in any dischargeability actions, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    February 11, 2011            /s/ Daniel F. Brown

                                              **Daniel F. Brown**
                                              **Damon Morey LLP**
                                              **The Avant Building, Suite 1200**
                                              **200 Delaware Avenue**
                                              **Buffalo, NY 14202-2150**
                                              **(716) 856-5500   Fax: (716) 856-5510**

# United States Bankruptcy Court

## Western District of New York

In re   **Two Detroit Street, Inc.**                           ,        Case No. _____

                                   Debtor        Chapter_____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael R. Charnock, Sr.**<br>**28 Red Maple Court**<br>**Amherst, NY 14228** | **Common** | **1** | **50% owner** |
| **Nancy C. Charnock**<br>**28 Red Maple Court**<br>**Amherst, NY 14228** | **Common** | **1** | **50% owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_\_**February 11, 2011**_____       Signature\_**/s/ Michael R. Charnock**_____

                                                                        **Michael R. Charnock**
                                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    __Two Detroit Street, Inc.__                            Case No. _____

                                       Debtor(s)                 Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __February 11, 2011__                      __/s/ Michael R. Charnock__

                                              __Michael R. Charnock/President__
                                              Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

American Express
Suite 0002
Chicago, IL 60679-0002


ASCAP
2675 Paces Ferry Road SE
Suite 350
Atlanta, GA 30339


Aspire Visa
Payment Processing
P.O. Box 23007
Columbus, GA 31902-3007


Associated Credit Services
105B South Street
PO Box 9100
Hopkinton, MA 01748-9100


Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


Bronson & Migliaccio, LLP
475 Market Street, First Floor
Elmwood Park, NJ 07407


Buffalo Alarm
1325 Millersport Highway
Buffalo, NY 14221


Capital One
P.O. Box 85184
Richmond, VA 23285-5184


Chase Manhattan Bank, USA, N.A.
c/o Chase BankCard Services Inc.
P.O. Box 52176
Phoenix, AZ 85072-2176


Chem-Mark of Buffalo, Inc.
5661 Main Street
Williamsville, NY 14221

```
City of North Tonawanda
Community Development Office
Attn:  James Sullivan
216 Payne Avenue
North Tonawanda, NY 14120


City of North Tonawanda
Treasurer's Office
216 Payne Avenue
North Tonawanda, NY 14120


David J. Spara
2001 Niagara Falls Boulevard
Suite 4
Amherst, NY 14228


Fast Source Advantage LLC
205 Bryant Wood South
Amherst, NY 14228


First Niagara Bank
P.O. Box 28
Buffalo, NY 14240-0028


First USA Bank, NA
P.O. Box 15153
Wilmington, DE 19886-5153


GMAC
P.O. Box 7041
Troy, MI 48007-7041


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


John H. Ring, III, Esq.
385 Cleveland Drive
Cheektowaga, NY 14215
```

JP Morgan Chase
Commercial Card Services
P.O. Box 78970
Phoenix, AZ 85062-8970


Law Office of Jason J. Evans, P.C.
5355 Main Street
Williamsville, NY 14221


Law Offices of Frank R. Nicosia
17 Beresford Court
Williamsville, NY 14221


M&C Equipment Leasing Co.
85 River Rock Drive
Suite 104
Buffalo, NY 14207-2170


M&T Bank
One Fountain Plaza
Buffalo, NY 14203


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146


Mercantile Adjustment Bureau LLC
P.O. Box 9016
Williamsville, NY 14231-9016


Michael Charnock
28 Red Maple Court
Amherst, NY 14228


Michael R. Charnock, Jr.
28 Red Maple Court
Amherst, NY 14228


Michael R. Charnock, Jr.
28 Red Maple Court
Buffalo, NY 14228

Michael R. Charnock, Sr.
Nancy C. Charnock
28 Red Maple Court
Amherst, NY 14228


Michael R. Charnock, Sr.
28 Red Maple Court
Amherst, NY 14228


Mill Creek Bank
Dept. 0008
Palatine, IL 60055-0008


Nancy C. Charnock
28 Red Maple Court
Amherst, NY 14228


NCO
Post Office Box 15740
Wilmington, DE 19850


Niagara County Treasurer
Philo J. Brooks Building
59 Park Avenue
Lockport, NY 14094-2740


Niagara Mohawk
300 Erie Boulevard West
Syracuse, NY 13252


Nicole Bottaro
108 North Union Road
Williamsville, NY 14221


Nissan Motor Acceptance Corp.
Post Office Box 17123
Baltimore, MD 21297-1123


Noco Energy
2440 Sheridan Drive
Tonawanda, NY 14150

NYS Department of Labor
Harriman State Office Campus
Building 12
Albany, NY 12240


NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Dept. of Environmental Conservation
Region 9
270 Michigan Avenue
Buffalo, NY 14203


Paychex
33 Dodge Road, #110
Getzville, NY 14068


RMS
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


Textron Financial Corporation
112 West Third Street
2nd Floor
Little Rock, AR 72201


The Bonadio Group
Fiddler and Company
171 Sully's Trail, Suite 210
Pittsford, NY 14534


Transworld Systems
c/o Cynergy Data
4000 E. Fifth Avenue
Columbus, OH 43219


US Small Business Administration
Birmingham Disaster Loan Servicing Ctr
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

```
Waste Management
6255 Sheridan Drive, #412
Williamsville, NY 14221
```

# United States Bankruptcy Court
## Western District of New York

In re    **Two Detroit Street, Inc.**

                       Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Two Detroit Street, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**February 11, 2011**

Date

**/s/ Daniel F. Brown**

**Daniel F. Brown**

Signature of Attorney or Litigant

Counsel for   **Two Detroit Street, Inc.**

**Damon Morey LLP**
**The Avant Building, Suite 1200**
**200 Delaware Avenue**
**Buffalo, NY 14202-2150**
**(716) 856-5500 Fax:(716) 856-5510**